AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

ARIEL COLLINS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   3:25-CR-00010-TES-CHW-5

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

TILMAN E. SELF, III UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 15, 2026
Date